UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEMETRIOUS L. BRADLEY,<br><br>Defendant. | Criminal Case No. 94-cr-527-L<br><br>ORDER AND JUDGMENT TO DISMISS INFORMATION AND WITHDRAW ARREST WARRANT |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the information in the above-captioned case is dismissed without prejudice as to the above-captioned defendant, and the arrest warrant be withdrawn.

DATED: October 19, 2011

_____
M. James Lorenz
United States District Court Judge